IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  March 6, 2014
Court Reporter:        Gwen Daniel             Probation: Darren Streich
                                                              Interpreter: Susana Cahill

_____

Criminal Action No.  13-cr-00407-WJM      <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Geoffrey Rieman

      Plaintiff,

v.

GILBERTO CUEVAS-NUNEZ,                    Matthew Belcher
      a/k/a Armando Rodriguez

      Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

11:00 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Rieman

Sentencing Statement by Mr. Belcher

1

Discussion/Argument

The Court addresses the Government's Objections to the Presentence Investigation Report [22]

**ORDERED:** **The Government's Objections to the Presentence Investigation Report [22] are OVERRULED AS MOOT.**

**ORDERED:** **There being no objection to the Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 [21], the Motion is GRANTED.**

Defendant's Allocution

**ORDERED:** **Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [24] is GRANTED.**

> Defendant plead guilty to Count One of the Indictment on December 4, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Gilberto Cuevas-Nunez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months and one day.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.**

**ORDERED:**   The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

11:42 a.m.   Court in Recess
              Hearing concluded
              Time: 42 minutes